<u>Exhibit "3"</u>
**Form of First Federal Stipulation**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE          Docket No.: 1:18-cv-02176-
COMPANY, et al.,                                          ARR-RER

                             Plaintiffs,

    -against-

FRANCOIS JULES PARISIEN, M.D. a/k/a JULES
FRANCOIS PARISIEN, et al.,

                             Defendants.
-----------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Francois Jules Parisien, M.D. a/k/a Jules Francois Parisien, M.D., Francis J. Lacina, M.D., Harry Keith Monroe, M.D., PFJ Medical Care, P.C., JPF Medical Services, P.C., FJL Medical Services, P.C., JFL Medical Care, P.C., Susan Tuano, and Wilma Tanglao ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP                              ABRAMS FENSTERMAN FENSTERMAN
                                               EISMAN FORNATO FERRARA, WOLF &
                                               CARONE LLP

By: _____                  By: _____
    Max Gershenoff, Esq.                          Mark Furman, Esq.
926 RXR Plaza                                  1 MetroTech Center, Suite 1701
Uniondale, New York 10007                      Brooklyn, New York 11201
*Counsel for Plaintiffs*                       *Counsel for Defendants Francois Jules*
                                               *Parisien, M.D. a/k/a Jules Francois Parisien,*
                                               *M.D., Francis J. Lacina, M.D., Harry Keith*
                                               *Monroe, M.D., PFJ Medical Care, P.C., JPF*
                                               *Medical Services, P.C., FJL Medical Services,*
                                               *P.C., and JFL Medical Care, P.C.*

19

FISHER & FISHER

By: /s/ Andrew Fisher
Andrew Fisher, Esq.
127 Great Kills Road
Staten Island, New York 10308
*Counsel for Defendant Susan Tuano and Wilma Tanglao*

20