

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2018 ★
BROOKLYN OFFICE

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

JOSHUA D. SMITH
(516) 357-3246
joshua.smith@rivkin.com

*The Clerk of Court is directed to close this case.*

*So ordered.*
/s/(ARR)   SDJ
9/11/18

September 10, 2018

**VIA ECF**

Honorable Allyne R. Ross
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Government Employees Insurance Co. et al. v. Parisien, et al.*
      Docket No. 18-cv-02176(ARR)(RER)
      RR File No.:  005100-02462

Dear Judge Ross:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. I write to inform the Court that stipulations or notices of dismissal have been filed with respect to all named Defendants. See Docket Nos. 10, 12, and 13. Plaintiffs do not intend to proceed against John Doe Defendants 1-10 in this matter. Accordingly, the case may be closed at this time.

Please let us know if we can provide any further information or clarification. We appreciate the Court's attention to this matter.

Very truly yours,

RIVKIN RADLER LLP
/s/ *Joshua D. Smith*
Joshua D. Smith

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777